**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

LouShonda Myers, Appellant.

Appellate Case No. 2015-001023

Appeal From Georgetown County
Benjamin H. Culbertson, Circuit Court Judge

Unpublished Opinion No. 2017-UP-171
Submitted February 1, 2017 – Filed April 19, 2017

**AFFIRMED**

LouShonda Myers, of Georgetown, pro se.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Brian T. Petrano, both of Columbia, for
Respondent.

**PER CURIAM:**  LouShonda Myers appeals an order from the circuit court
dismissing her pleading titled "Administrative Notice/Coram Nobis."  Myers
argues the circuit court erred in dismissing her motion and denied her due process.

We construe the "Administrative Notice/Coram Nobis" document as a post-trial motion because Myers stated the purpose of the "Administrative Notice/Coram Nobis" was to "correct the judgment and/or order of . . . contempt." The circuit court did not err in dismissing this motion. First, we note the doctrine of "Coram Nobis" was abolished in South Carolina. *See* Rule 60(b), SCRCP ("Writs of coram nobis, coram vobis, audita querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescribed in these rules or by an independent action."). Furthermore, any post-trial motion must be made within ten days from the imposition of a sentence. *See* Rule 29(a), SCRCrimP ("[P]ost-trial motions shall be made within ten (10) days after the imposition of the sentence."). Accordingly, we affirm[1] the circuit court's dismissal of Myers's motion because it was not timely filed following the September 26, 2014 order of contempt. *See State v. Warren*, 392 S.C. 235, 239, 708 S.E.2d 234, 236 (Ct. App. 2011) ("The [circuit] court does not retain authority to entertain a motion which is not made within ten days of sentencing.").

**AFFIRMED.**

**LOCKEMY, C.J., and GEATHERS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.